IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-00081-FL

| | |
|---|---|
| KATHY L. TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) |
| Defendant. | ) |

## ORDER

Upon stipulation and agreement of the parties, it is ORDERED that Defendant will pay Plaintiff $4,467.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, 31 U.S.C. § 3716, payment will be made by check payable to Plaintiff's counsel, Brian M. Ricci, and mailed to his office at P.O. Box 483, Greenville, North Carolina 27835-0483, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 21st day of August, 2015,

LOUISE W. FLANAGAN
United States District Judge